**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **OSCAR RENE MALTEZ BALMACEDA,**<br>**Petitioner,**<br>**v.**<br><br>**WARDEN,**<br>**Respondent.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NO. 5:26-cv-04304-DSF-KS**<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the submissions filed by the parties, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed and no Objections were filed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that: (1) Judgment shall be entered granting the Petition; (2) a writ of habeas corpus shall issue requiring Petitioner's immediate release from custody under the same conditions that were in place before his detention on March 31, 2026, and to return all of his property, including all identification and immigration documentation; (3) Respondents are enjoined from re-detaining Petitioner without notice and a meaningful opportunity to be heard before a neutral decisionmaker; and (4) Respondents shall file a notice within three (3) days of the Court's order confirming Petitioner's release.

\\

DATED: November 9, 2026

Dale S. Fischer

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE