JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **OSCAR RENE MALTEZ BALMACEDA,**<br>**Petitioner,**<br>**v.**<br>**WARDEN,**<br>**Respondent.** | **NO. 5:26-cv-04304-DSF-KS**<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting and Adopting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED.

DATED: November 9, 2026

Dale S. Fischer

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE